IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNIFER J. LAMB                                            PLAINTIFF

v.                    Case No. 3:11CV00012 JTK

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 9th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE